## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                      :          **CHAPTER 13**
**Kevin J. Cammon**
**Shari A Cammon**

        **DEBTOR**                  :          **BKY. NO.   15-17640MDC**


### ORDER APPROVING COUNSEL FEE

        AND NOW, this      *20th*   day of   *July*      ~~2015~~ *2016*, in
consideration of the foregoing Application for APPROVAL of   Counsel Fee it is

        ORDERED and DECREED that a counsel fee in the amount of **$3,500.00**
is approved and the balance due counsel in the amount of **$2,500.00** shall be
disbursed for debtor by the Standing Chapter 13 Trustee.


                                        *Magdeline D. C*
                                        Hon. Magdeline D. Coleman
                                        U.S. BANKRUPTCY JUDGE


cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Kevin & Shari Cammon
      5144 Lovering Drive
      Doylestown, PA 18902

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119