United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin J. Cammon  
Shari A Cammon  
     Debtors

Case No. 15-17640-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Jul 21, 2016  
                         Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.  
db/jdb         +Kevin J. Cammon,    Shari A Cammon,    5144 Lovering Drive,    Doylestown, PA 18902-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:47     City of Philadelphia,  
       City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
       Philadelphia, PA 19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 02:05:20  
       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
       Harrisburg, PA 17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2016 02:05:35     U.S. Attorney Office,  
       c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr            E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2016 02:11:34     Synchrony Bank,  
       c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,  
       Miami, FL 33131-1605  
                                                                                                          TOTAL: 4

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Kevin J. Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Shari A Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Kevin J. Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Shari A Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Kevin J. Cammon
Shari A Cammon

DEBTOR : BKY. NO. 15-17640MDC

**ORDER APPROVING COUNSEL FEE**

AND NOW, this 20th day of July 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00** is approved and the balance due counsel in the amount of **$2,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

*Magdeline D. C—*
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Kevin & Shari Cammon
5144 Lovering Drive
Doylestown, PA 18902

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119