**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :          CHAPTER 13
Kevin J. Cammon
Shari A Cammon

      DEBTOR                      :          BKY. NO.   15-17640MDC

## PRAECIPE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

      Kindly withdraw document number 53, the Motion to Modify Plan After Confirmation Hearing, in the above referenced case.

Respectfully submitted,

DATED: October 27, 2016              _____/s/_____
                                                   Michael A.Cataldo, Esquire
                                                   Cibik and Cataldo, P.C.
                                                   1500 Walnut Street, Suite 900
                                                   Philadelphia, PA 19102
                                                   (215) 735-1060