Certificate Number: 16339-PAE-DE-028299737

Bankruptcy Case Number: 15-17640



16339-PAE-DE-028299737

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2016, at 12:00 o'clock PM EDT, Shari Cammon completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 2, 2016         By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor

Certificate Number: 16339-PAE-DE-028299736

Bankruptcy Case Number: 15-17640



16339-PAE-DE-028299736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2016, at 12:00 o'clock PM EDT, Kevin Cammon completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 2, 2016    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor