United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-17640-mdc
Kevin J. Cammon                                                     Chapter 13
Shari A Cammon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: JeanetteG            Page 1 of 2            Date Rcvd: Jan 19, 2017
                                Form ID: 138NEW            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db/jdb         +Kevin J. Cammon,    Shari A Cammon,    5144 Lovering Drive,    Doylestown, PA 18902-1455
13674634        Bucks County Orthopedic Spec,    800 W. State Street, Suite 201,    Doylestown, PA 18901-5842
13670504       +CACH, LLC,    PO BOX 5980,    DENVER, CO 80217-5980
13674636       +Dr. Craig Finkelstein,    60 E. State Street,    Doylestown, PA 18901-4360
13625988        Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
13674638        Hanger Clinic,    2015 Tate Springs, Suite 1,    Lower Level,    Lynchburg, VA 24501-1102
13625987        Holy Redeemer Health System,    P.O. Box 8500-2900,    Philadelphia, PA 19178-8500
13625989        Metroplex Pathology Associates,    P.O. Box 840294,    Dallas, TX 75284-0294
13726576       +Seterus,    P.O. Box 1077,    Hartford, CT 06143-1077
13674640       +Spinal Wellness Center,    60 East State Street,    Doylestown, PA 18901-4360
13674641        St. Mary Medical Center,    10604 Justin Drive,    Desmoines, Iowa 50322-3755
13625990        St. Mary Medical Center,    Self Pay Avadyne Health,    P.O. Box 822679,
                 Philadelphia, PA 19182-2679
13659237        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:22     Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2017 02:51:34     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13629126        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 20 2017 02:47:39     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6444
13686187        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:41
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13674635        E-mail/Text: clientrep@capitalcollects.com Jan 20 2017 02:48:46     Capital Collection Service,
                 P.O. Box 150,    West Berlin, NJ 08091-0150
13629190       +E-mail/Text: cio.bncmail@irs.gov Jan 20 2017 02:46:43     DEPARTMENT OF THE TREASURY,
                 INTERNAL REVENUE SERVICE,    600 ARCH STREET RM 5200,    PHILADELPHIA PA 19106-1611
13622482        E-mail/PDF: rmscedi@recoverycorp.com Jan 20 2017 02:52:25     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13674637*       Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
13674639*       Metroplex Pathology Associates,    P.O. Box 840294,    Dallas, TX 75284-0294
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: JeanetteG               Page 2 of 2                   Date Rcvd: Jan 19, 2017
                               Form ID: 138NEW               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    Federal National Mortgage Association (Fannie
          Mae) bkgroup@kmllawgroup.com
         MICHAEL A. CATALDO2    on behalf of Debtor Kevin J. Cammon ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Shari A Cammon ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Debtor Kevin J. Cammon ecf@ccpclaw.com,   igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Shari A Cammon ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kevin J. Cammon and Shari A
Cammon

    Debtor(s)

Bankruptcy No: 15−17640−mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/19/17

62 − 61
Form 138_new