United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin J. Cammon  
Shari A Cammon  
    Debtors

Case No. 15-17640-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Feb 27, 2017  
                     Form ID: 195       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
db/jdb         +Kevin J. Cammon,    Shari A Cammon,    5144 Lovering Drive,    Doylestown, PA 18902-1455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr            E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:03:44      Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605  
                                                                                                                                       TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bkgroup@kmllawgroup.com  
         JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Kevin J. Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2    on behalf of Joint Debtor Shari A Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Kevin J. Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Joint Debtor Shari A Cammon ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                   TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Kevin J. Cammon and Shari A Cammon  : Case No. 15–17640–mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , February 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

67
Form 195